UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 2769 |
|---|---|
| RENNIE SIMMONS, Plaintiff | Hon. Judge MANNING |
| v. | |
| CITY OF CHICAGO, et al, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Quentin Brice, Herbert Darey, Roger Webster

| SIGNATURE /s/ *Alec M. McAusland* |
|---|
| FIRM   City of Chicago, Corporation Counsel |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP   Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06202724 | TELEPHONE NUMBER  312 744-4038 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐